AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 30, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| TARRY JACKLICK,<br>individually and on behalf of all others similarly situated<br>*Plaintiff*<br>v. | )<br>)<br>)<br>)<br>) |

Civil Action No.  2:25-CV-00436-MKD

WALMART INC., a Delaware corporation
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion to Dismiss, ECF No. 17, is GRANTED.  All claims in this action are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  MARY K. DIMKE

Date:  4/30/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*